# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Paul D. Herman, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00219-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Isaac Grier | ) | |
| FNU Buchanan | ) | |
| Dexter Gibbs | ) | |
| Mike Slagel | ) | |
| FNU Tunks | ) | |
| Jeffery Patane, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 18, 2019 Order.

September 18, 2019

_____
Frank G. Johns, Clerk
United States District Court